UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-10032-DMG (SHx) | Date | March 14, 2012 |
|---|---|---|---|
| Title | Joseph Ober v. County of Los Angeles, et al., | | |

| Present: The Honorable | Stephen J. Hillman | | |
|---|---|---|---|
| Sandra Butler | | | |
| Deputy Clerk | Court Reporter / Recorder | | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: | |
| N/A | | N/A | |

**Proceedings:**      (IN CHAMBERS)

    Plaintiff's Motion to Compel Discovery has been taken under submission without oral argument. The court has considered the Joint Stipulation, as well as the Declarations of Mr. Midgley and Mr. Becks.

    The Court now rules as follows:

1. Defendants shall provide additional identifying information responding to the interrogatories and document production requests seeking Identification of Witnesses to the Incident (Disputed Discovery Requests Section A) as follows:

   Addresses and telephone numbers of IRC inmates shall be produced in electronic form. Moreover, the booking sheets and booking photos of those inmates identified as witnesses in the Supervisor's Use of Force report shall be produced in paper format.

2. Defendants shall provide additional documents Regarding Other Incidents of Injuries to Inmates in IRC (Disputed Discovery Requests Section B) as follows:

   Incidents from January 1, 2007 through April 15, 2010 in which there was an allegation that IRC inmate injuries were caused by a County employee, including the inmate names and medical reports. The information may be

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-10032-DMG (SHx) | Date | March 14, 2012 |
|---|---|---|---|
| Title | Joseph Ober v. County of Los Angeles, et al., | | |

provided by way of copies of responsive reports in lieu of a written interrogatory response. For the same time period, defendants shall identify any prosecution of a deputy sheriff or custody assistant for violence on any IRC inmate.

Attorney/client and work product privileged documents may be withheld, provided that defendants serve a complete Privilege Log.

3. Defendants shall provide additional interrogatory responses and documents regarding Restrictions and Limitations on the Use of Telephones (Disputed Discovery Requests Section C) as follows:

    Interrogatories 16 and 17 shall be answered without Objections.

    RFPs 37 and 38: shall be responded to without Objections.

4. Defendants shall provide additional documents regarding IRC-Production requests (Disputed Discovery Requests Section D) as follows:

    Objections to RFP 50 are overruled, however responses may be limited to incidents in which an IRC inmate alleged violence by a Deputy Sheriff or custody assistant.

    Objections to RFPs 51 and 52 are overruled, however responses may be limited to the period of January 1, 2007 to the date of production.

5. Defendants shall provide additional documents regarding Sheriff's Department Rules and Regulations (Disputed Discovery Requests Section E) as follows:

    Defendants' Objections are overruled to the extent that sections of the

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-10032-DMG (SHx) | Date | March 14, 2012 |
|---|---|---|---|
| Title | Joseph Ober v. County of Los Angeles, et al., | | |

LASD Manual of Policies and Procedures relating to IRC polices and procedures relevant to the claims of this lawsuit shall be produced.

**cc:** **District Judge Gee**
**Counsel of Record***
***the term "counsel" as used herein also includes any pro se party.**
**See Local Rule 2.9.3**

:

Initials of Preparer