## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-10032-DMG(SHx) | Date | March 31, 2014 |
|---|---|---|---|
| Title | Joseph Ober v. County of Los Angeles, et al., | | |

| Present: The Honorable | Stephen J. Hillman | | |
|---|---|---|---|
| Sandra Butler | | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: | |
| N/A | | N/A | |

**Proceedings:**     (IN CHAMBERS)

    1. The magistrate judge did not receive Docs. 189 and 190 until after issuance of the Recommendation regarding *In Limine* Motion #5. (Doc. 191). Counsel are reminded to clearly designate on their pleadings when they are intended for the magistrate judge. Otherwise, documents are not timely routed.

    Now that the court has reviewed Docs. 189 and 190, no changes in the Recommendation are warranted. Indeed, defendants' response (Doc. 190) serves only to illustrate the extreme delay in complying the Discovery Orders. Certainly the booking slips were available for production two years ago. Ironically, defendants offer that the information is still "not intended to be final and/or conclusive".

    2. Defense counsel has orally inquired of the clerk whether defendants may have an additional period of time to respond to Plaintiff's Motion as to monetary sanctions. That request is DENIED. In Doc. 158, the parties were ordered to file Supplemental Briefs "regarding monetary and evidentiary sanctions" no later than January 31, 2014. Both parties did so on February 3, 2014 (Doc. 158). On February 12, 2014 the issue of monetary and other sanctions was "taken under submission." (Doc. 176).

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-10032-DMG(SHx) | Date | March 31, 2014 |
|---|---|---|---|
| Title | Joseph Ober v. County of Los Angeles, et al., | | |

    Plaintiff filed a Second Supplemental Declaration Re: Attorney Fees's on March 24, 2014. (Doc. 188).  Defendants may respond to Doc. 188 within five days of this Order.

District Judge Gee
Magistrate Judge Hillman
Counsel of Record*the term "counsel" as used herein also includes any pro se party.
See Local Rule 2.9.3.

:

Initials of
Preparer